## John C. Chamberlain *versus* Eben'r. Crane.

Where a judgment had been entered upon a wrong count at May term, 1817, the court at May term, 1827, gave leave to amend the record, with a saving of the right of third persons acquired under the judgment.

This was a writ of entry in which the demandant originally counted upon his own seizin in fee, but afterwards having obtained leave to amend, counted upon his own seizin as of freehold. Judgment was rendered in favor of the demandant at May term, 1817. 1 N. H. Rep. 64. But judgment was by mistake entered upon the original instead of the amended count.

H. Hubbard moved to amend the record of the judgment by striking out the original count and inserting in its stead the amended count which was on file among the papers belonging to the case.

J. Parker, who appeared for a person to whom Chamberlain had conveyed the land since the judgment, cited 14 Johns. 219, *Bank of Newburgh* v. *Seymour*, and 3 Cowen's Rep. 54, *note*, *Hart* v. *Reynolds*.

*By the court.* We entertain no doubt that judgment was entered upon the original count in this case by mistake instead of the amended count, and that justice requires that the record should be amended. And we are of opinion that the record may be legally amended. 19 Johns. 244, *Mechanic's Bank* v. *Minthorne* ; 18 Johns. 502, *Lansing* v. *Lansing* ; 17 ditto 86, *Lee* v. *Curtiss* ; 14 ditto 219, *Bank of Newburgh* v. *Seymour* ; 3 D. & E. 349, *Rees* v. *Morgan* ; 2 Tidd's Prac. 863 ; 1 Cowen's Rep. 9 ; 5 Burr. 2730, *Short* v. *Coffin* ; 4 Maule & Selwyn 94, *Usher* v. *Dansey* ; 1 Taunt. 221, *Mann* v. *Calow* ; 4 Taunt. 875, *Halliday* v. *Fitzpatrick* ; 1 Wilson 61 ; 2 Strange 1209 ; 4 Burr. 1989. 10 Mass. Rep. 251 ; 1 Pickering 353.

We grant the leave to amend, but it is granted with a saving of all rights acquired by third persons under the judgment.